**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6252**

———————

CHARLES LANGHAM,

　　　　　　Plaintiff - Appellant,

　　　v.

UNITED STATES OF AMERICA; LT. R. WRIGHT; ANGELA DUNBAR;
OFFICER STOOTS; OFFICER MALONE; OFFICER BOYD; PHYSICIAN
ASSISTANT SCOTT; MR. DUVALL, Psychologist; LIEUTENANT CHASE;
TINA SCOTT; RENE DAUBON,

　　　　　　Defendants – Appellees,

　　　and

ERIC HOLDER, Attorney General,

　　　　　　Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:14-ct-03143-BO)

———————

Submitted:  October 18, 2016　　　　Decided:  November 9, 2016

———————

Before TRAXLER and KEENAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Langham, Appellant Pro Se.  Robert J. Dodson, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Langham appeals the district court's order granting summary judgment to Defendants and denying relief on his complaint raising claims pursuant to the Federal Torts Claim Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680 (2012), and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, although we grant Langham leave to proceed in forma pauperis, we affirm the district court's order. Langham v. United States, No. 5:14-ct-03143-BO (E.D.N.C. filed Jan. 27, 2016 & entered Jan. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED